02-12-193-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00193-CV

 

 


 
 
 The Imaging Bureau, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Telecheck Services, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

 

----------

FROM County
Court at Law No. 2 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          On
January 30, 2012, the trial judge signed a take-nothing judgment on appellant
The Imaging Bureau, Inc.’s claims against appellee TeleCheck Services, Inc.  Appellant
timely filed a motion for new trial on February 27, 2012, but appellant did not
file its notice of appeal until May 16, 2012, and the notice of appeal is
therefore untimely.  See Tex. R. Civ. P. 329b(a); Tex. R. App. P.
26.1(a)(1), 26.3.

          We
sent a letter to appellant to express our concern that we do not have
jurisdiction over the appeal because the notice of appeal is untimely.  In the
letter, we informed appellant than unless it filed a response showing grounds
for continuing the appeal, the appeal could be dismissed.  Appellant has not
responded.  Because appellant’s notice of appeal is untimely, we dismiss the
appeal for want of jurisdiction.  See Tex. R. App. P. 25.1(a), 26.1(a)(1),
42.3(a), 43.2(f); Crites v. Collins, 284 S.W.3d 839, 840 (Tex. 2009)
(indicating that jurisdiction vests with a timely-filed notice of appeal); Howlett
v. Tarrant Cnty., 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet.
denied) (op. on reh’g) (“A timely-filed notice of appeal confers jurisdiction
on this court, and absent a timely[-]filed notice of appeal, we must dismiss
the appeal.”).

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED:  September 13,
2012



 









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00193-CV

 

 


 
 
 The
 Imaging Bureau, Inc.
  
  
 v.
  
  
 Telecheck
 Services, Inc.
 
 
 §
  
 §
  
 §
  
 §
  
 
 
 From County Court at Law
 No. 2
  
 of
 Tarrant County (2011-002911-2)
  
 September
 13, 2012
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

 

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 









[1]See Tex. R. App. P. 47.4.